UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALDO MARONES,<br><br>                           Petitioner,<br>      v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                           Respondents. | Case No. 3:18-cv-00447-MMD-WGC<br><br>ORDER |

Petitioner has not properly commenced this action for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by either paying the filing fee or filing a complete application for leave to proceed *in forma pauperis*. Accordingly, it is therefore ordered that Petitioner must either pay the $5.00 filing fee or file a properly completed application to proceed *in forma pauperis* together with a properly executed financial certificate and an inmate account statement within thirty (30) days of the date of entry of this order.

The Clerk of Court will SEND Petitioner two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for same.

If Petitioner fails to timely comply with this order by either paying the filing fee or submitting a properly completed new *in forma pauperis* application with all required attachments within thirty (30) days, this action will be dismissed without further advance notice.

///

///

///

DATED THIS 27th day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE