UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ALDO MARONES, | Case No. 3:18-cv-00447-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner's motion for a copy of the docket sheet (ECF No. 20) is granted. The Clerk of Court is accordingly directed to send Petitioner a copy of the docket sheet in this case.

DATED THIS 15th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE